UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MCI WORLDCOM NETWORK
SERVICES, INC., et al.,

      Plaintiffs,

v.                                                                          Case No. 8:01-Civ-761-T-24MSS

GALAXY LONG DISTANCE, INC.,
et al.,

      Defendants.
_____/

## ORDER

      This cause comes before the Court on Plaintiffs' June 2005 Status Report (Doc. No. 183).

This case was stayed due to Plaintiffs' Suggestion of Bankruptcy.  In their Status Report,

Plaintiffs state that Defendant Galaxy Long Distance Inc.'s claim against them is being

prosecuted in the bankruptcy court, and as such, this Court should dismiss Galaxy Long

Distance's counterclaim against Plaintiffs without prejudice to Galaxy Long Distance

prosecuting its claim in the bankruptcy court.

      Accordingly, it is ORDERED AND ADJUDGED that this Court dismisses Galaxy Long

Distance's counterclaim against Plaintiffs without prejudice to Galaxy Long Distance

prosecuting its claim in the bankruptcy court.

      **DONE AND ORDERED** at Tampa, Florida, this 27th day of June, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record